No. 407. YELLOW POPLAR LUMBER COMPANY, PETITIONER, *v.* S. F. CHAPMAN. November 1, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied, and parts of petition and brief of

petitioner stricken from the files on account of impertinent and improper matter. *Mr. George S. Wright* for petitioner. *Mr. J. F. Bullitt* for respondent.